# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIES,<br><br>    Plaintiff,<br><br>    v.<br><br>KERNAN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00652-LJO-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RETURN ORIGINAL DOCUMENTS**<br><br>**(Doc. 8)** |

Plaintiff, Michael Fries, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff encountered great difficulty filing the present action via the electronic filing system at Kern Valley State Prison ("KVSP") in Delano, California. Plaintiff petitioned both this Court and the Ninth Circuit Court of Appeals for assistance, *see In re: Michael Fries,* USDC case number 1:17-mc-00064, which resulted in opening of the present action. (*See* Doc. 3.)

On June 12, 2018, Plaintiff filed a motion in this action requesting return of original documents he filed in 1:17-mc-00064. (Doc. 8.) The Court notes that because 1:17-mc-00064 was an atypical action, Plaintiff was not provided instructions never to send original exhibits to the Court until the First Informational Order issued in this action. (*See* Doc. 4, p. 2.) The Court further notes that this action and 1:17-mc-00064 are the only actions Plaintiff has filed in the Eastern District of California. It is also understandable that Plaintiff likely felt compelled to send his original documents in 1:17-mc-00064 because of the difficulty he allegedly encountered

1

attempting to submit documents electronically at KVSP.  Given these circumstances and the fact that they have not yet been discarded, Plaintiff's original documents will be returned to him. Plaintiff is, however, cautioned not to submit any more original documents since, as noted in the First Informational Order, the standard practice is for the Clerk to "scan paper documents into the electronic court file **and then discard the paper copy.**" (Doc. 4, p. 2 (emphasis in original).)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for original documents, filed on June 21, 2018, (Doc. 8), is GRANTED;
2. The Clerk of the Court is directed to return all original documents[1] filed in case number 1:17-mc-00064 to Plaintiff;
3. Plaintiff's request for assignment of a district judge is DISREGARDED since rendered moot by the assignment of this case to Chief Judge Lawrence J. O'Neill and the undersigned on June 22, 2018; and
4. Plaintiff's request for a copy of the Local Rules is DENIED without prejudice as they should be available to him via the KVSP law library.[2]

IT IS SO ORDERED.

Dated: __July 13, 2018__        /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

---

[1] These documents shall include, but are not limited to Docs. 1, 4, and 6 from case number 1:17-mc-00064.
[2] Although the "Pocket Sheet" indicates that "no jury demand was made by Plaintiff," he will be given opportunity to demand a jury if the case is scheduled for trial.  Plaintiff need not be concerned that only ten of the twelve defendants named in this action are reflected on the docket.  It is merely an internal, administrative action by the Clerk of the Court to only name the first ten defendants when any action naming more is filed.  After screening, if Plaintiff states cognizable claims, all defendants involved in those claims will be listed on the docket.