# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIES, <br><br> Plaintiff, <br><br> v. <br><br> KERNAN, et al., <br><br> Defendants. | Case No. 1:18-cv-00652-LJO-SKO (PC) <br><br> **ORDER DISREGARDING PLAINTIFF'S PREMATURE MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> **(Doc. 10)** |

Plaintiff, Michael Fries, is a state prisoner proceeding *pro so* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2018, Plaintiff filed a motion for judgment on the pleadings. (Doc. 10.)

The First Screening Order issued on December 5, 2018, and granted Plaintiff leave to file a first amended complaint since the allegations in his original Complaint are not sufficiently linked to any of the named defendants to state a cognizable claim, and appear to involve multiple, unrelated events. (Doc. 12.)

"After the pleadings are closed – but early enough not to delay trial – a party may move for judgment on the pleadings." Fed. R. Civ. P. 12(c). The pleadings are not closed as Plaintiff has yet to state a cognizable claim to warrant service on any defendants.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for judgment on the pleadings, filed on December 3, 2018, (Doc. 10), is disregarded since premature.

IT IS SO ORDERED.

Dated: **December 11, 2018**           /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE